1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| RONALD HULSEY, | Case No. 3:16-cv-00069-RCJ-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| QUENTIN BYRNE, et al., | |
| Respondents. | |

This counseled § 2254 habeas petition is before the court on respondents' motion to partially waive Local Rule IA 10-3(e) and 10-3(i) (ECF No. 21). Respondents ask the court to waive, for purposes of this action, the provision in Local Rule IA 10-3(e) that requires the cover page of each filed exhibit to include a description of the exhibit. *See* LR IA 10-3(e); *see also* LR IA 10-3(i). Respondents point out that Local Rule IA 1-4 provides that the court may waive any provision of the local rules, *sua sponte* or on a motion, if the interests of justice so require. *See* LR IA 1-4. Respondents state that adding descriptors to the cover pages of exhibits, which in this case now total 112, is unduly burdensome (ECF No. 30). Respondents state that they will still provide indexes of exhibits and exhibit cover sheets referencing each exhibit by letter. *Id.*

In light of the number of exhibits in this habeas corpus action, the court finds that there is good cause for the requested waiver, and will grant the waiver for all parties.

**IT IS THEREFORE ORDERED** that respondents' motion to partially waive Local Rule IA 10-3(e) and 10-3(i) (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file a response to the petition (ECF No. 11) is **GRANTED** *nunc pro tunc*.

DATED: 19 October 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

2