AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA 

RONALD HULSEY,

    Petitioner,

v.

QUENTIN BYRNE, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:16-cv-00069-RCJ-WGC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_ Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss (ECF No. 13) is granted. The petition is dismissed as time-barred.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

July 13, 2017                                                     **DEBRA K. KEMPI**
                                                                                    Clerk

                                                                                    /s/ K. Rusin
                                                                                    Deputy Clerk